United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL DYCK, Individually and On Behalf of All Others Similarly Situated<br><br>PLAINTIFF,<br><br>V.<br><br>PRECISION DRILLING COMPANY, LP.,<br><br>DEFENDANT. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-01090<br><br>JURY TRIAL DEMANDED |

### ORDER

The Court has considered the Parties' Joint Motion for Approval of Settlement and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that Plaintiff Samuel Dyck is the Representative Plaintiff and has authority to enter into this settlement to release his claims as well as the claims of Justin Prole, Glen Gross, Dale Quigley, Brian Ellison, and Brian Schulte.

**IT IS FURTHER ORDERED** that the FLSA settlement, including all terms set forth in the Settlement Agreement, is approved as a fair and reasonable settlement of the Plaintiffs' claims.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, each party to bear their own costs and fees except as stated in the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

9|11|23
DATE

U.S. District Judge

7